

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| EDGAR LANAU #A74937525 | CIVIL ACTION NO. 6:11-CV-01985 |
| | SECTION P |
| VERSUS | JUDGE HAIK |
| WARDEN VIATOR, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's petition is **DISMISSED AS MOOT**, consistent with the report and recommendation.

Lafayette, Louisiana, this 9th day of April, 2012.

Richard T. Haik
United States District Judge